IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>    Plaintiff;<br><br>v.<br><br>**Chase A Fain,**<br><br>    Defendant. | No. 2:25-cr-00104-Z-BR-1<br><br>**Third Motion For Continuance of Criminal Trial And Associated Pretrial Motions Deadlines** |

COMES NOW Natalie Archer, Attorney at Law, Counsel for Chase A Fain ("Fain"), and brings this Motion for Continuance of Criminal Trial and Associated Pretrial Motions Deadline and in support thereof shows:

1. Movant is an attorney of record for Fain and was retained on October 23, 2025, to represent Defendant in this matter.

2. Previously, on November 25, 2025, the Court entered an Order (Doc #25) as to Fain, and Jury Trial was set for January 12, 2025. The deadline for filing pretrial motions was accordingly set for December 22, 2025, and could not be effectively met due to the fact that counsel for Fain is still engaged in plea negotiation with the Government. Additional time is needed to confer with the Government regarding a possible plea, and adequately consult with Fain regarding same.

Therefore, a continuance of thirty (30) days is sought.

3. Counsel for Fain has conferred with AUSA Anna Marie Bell, the attorney in charge of this case for the Government, who has indicated she has no objection to this continuance.

WHEREFORE, Counsel for Fain respectfully requests that this Honorable Court continue the trial date and associated deadlines in the instant matter at least thirty (30) days or to any subsequent date deemed reasonable by this Court, and that all associated deadlines be likewise continued.

Respectfully submitted,

THE HERRMANN AND ARCHER LAW FIRM PLLC

By: /s/ NATALIE ARCHER
Natalie Archer
SBN 24000441
801 S. Fillmore, Ste. 710
Amarillo, TX 79101
Tel. 806-372-9258
Fax 806-382-8444
Email: archerdefense@gmail.com
bustedintexas@gmail.com
**ATTORNEYS FOR DEFENDANT CHASE A FAIN**

## CERTFICATE OF SERVICE/CONFERENCE

    I hereby certify that on January 5, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.   Furthermore, prior to this date I conferred with Anna Marie Bell, the AUSA in charge of this case on behalf of the Government, who indicated she does not oppose the motion.

                                           /s/ NATALIE ARCHER
                                           Natalie Archer