IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHASE A. FAIN, <br><br> Defendant. | 2:25-CR-104-Z-BR |

**ORDER**

Before the Court is Defendant's Third Motion to Continue Trial Date and Associated Pretrial Motions Deadlines ("Motion"). ECF No. 26. For the following reasons, Defendant's Motion is **DENIED** without prejudice to amended refiling.

The Court initially scheduled Defendant's jury trial on Monday, November 3, 2025. ECF No. 17 at 1. Since that initial scheduling order, Defendant has twice moved to continue his trial date. ECF Nos. 22, 24. The Court granted both motions. ECF Nos. 23, 25. However, the Court admonished Defendant that "[f]urther motions for continuance are disfavored. If either party again seeks continuance, the party must show **good cause** for further delaying adjudication of this action." ECF No. 25 at 4.

Now, Defendant moves for a third continuance. In support of this Motion, Defendant asserts "[a]dditional time is needed to confer with the Government regarding a possible plea" and for Defense Counsel to confer with Defendant "regarding the same." ECF No. 26 at 1. Defendant also acknowledges the December 22, 2025 deadline for pretrial motions "could not be effectively met due to" ongoing plea negotiations. *Id.* The Motion requests a continuance of 30 days for the trial date and associated deadlines. *Id.* at 2. Because merely desiring more negotiation time is not good cause, the Court **DENIES** Defendant's Motion.

The Court's denial of Defendant's Motion is **without prejudice** to amended refiling. The Court reminds Defense Counsel that further motions for continuance are disfavored. If either party again seeks continuance, the party must show **good cause** for further delaying adjudication of this action.

For the reasons previously stated, Defendant's Motion for Continuance is **DENIED without prejudice to amended refiling**.

**SO ORDERED**.

January 6, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE